CHICAGO—FIRST DISTRICT—NOVEMBER, 1915.    375

Zisinatos et al. v. Cont. etc. Bk. et al., 195 Ill. App. 375.

## Panagiotis Zisinatos and Andreas Galineas, Appellees, v. Continental & Commercial National Bank and Anton J. Cermak, Bailiff, Appellants.

### Gen. No. 22,017.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. R. F. ROBINSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Appeal dismissed. Opinion filed November 16, 1915.

### Statement of the Case.

Action by Panagiotis Zisinatos and Andreas Galineas, plaintiffs, against the Continental & Commercial National Bank and Anton J. Cermak, bailiff of the Municipal Court of Chicago, defendants, in the Municipal Court of Chicago. From a judgment for plaintiffs, defendants appeal.

MAYER, MEYER, AUSTRIAN & PLATT, for appellants.

G. A. BURESH, for appellees.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 10*—*when action for trial of right to property is of fourth class.* A proceeding for the trial of the right to property is an action of the fourth class under the Municipal Court Act, sec. 2, subd. 4 (d) (J. & A. ¶ 3314).

2. MUNICIPAL COURT OF CHICAGO, § 27*—*when extension of time for filing bill of exceptions not in apt time.* Where it appears that an extension of the time for filing a bill of exceptions in a fourth-class action under section 2, subd. 4 (d) of the Municipal Court Act (J. & A. ¶ 3314) was not made within thirty days from the rendition of the judgment appealed from, the Appellate Court will strike the bill of exceptions on motion of appellee, for the reason that an extension of such filing time is not allowed except within thirty days from the rendition of such judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. MUNICIPAL COURT OF CHICAGO, § 24*—*when judgment not appealable.* There being no statute authorizing an appeal from the Municipal Court of Chicago in a fourth-class case, an appeal cannot be taken in such case, and if taken will be dismissed.